IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**RUEN BEANE and**
**WILLIAM BRITTON, her husband**,

CASE NO.: 3:20-cv-828

    Plaintiff,

vs.

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY**,

    Defendant.
_____/

**DEFENDANT-STATE FARM'S CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

   a. Ruen Beane – Plaintiff
   b. William Britton - Plaintiff
   c. State Farm Mutual Automobile Insurance Company – Defendant.
   d. Joshua Whitman, Esq. – Counsel for Plaintiffs
   e. A.J. Hernandez, Esq. – Counsel for Plaintiffs
   f. Kevin Knight, Esq. – Lead-Counsel for Defendant.
   g. Peter S. Garcia, Esq. – Co-Counsel for Defendant
   h. deBeaubien, Simmons, Knight, Mantzaris & Neal, LLP – Law Firm representing Defendant.
   i. Milton, Leach, Whitman, D'Andrea & Eslinger, P.A. – Law Firm representing Plaintiffs

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    a. None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    a. None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    a. None.

**I HEREBY CERTIFY** that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing pleading has been sent by E-mail this July 24, 2020, to: **JOSHUA A. WHITMAN, ESQ.**, 3127 Atlantic Blvd, Jacksonville, FL 32207 (jwhitman@miltonleach.com).

/s/ _Thomas "Kevin" Knight_  
**THOMAS "KEVIN" KNIGHT**  
Fla Bar No: 318892  
**PETER S. GARCIA**  
Fla Bar No: 55852  
deBeaubien, Simmons, Knight,  
Mantzaris & Neal, LLP  
332 N. Magnolia Avenue  
Orlando, FL  32801  
Direct: (407) 992-3520  
Asst: (407) 992-3555  
Main: (407) 422-2454 Fax: (407) 422-0970  
KKNIGHT@DSKLAWGROUP.COM  
ELamb@DSKLawGroup.com  
PSGPleadings@DSKLawGroup.com  
Attorneys for STATE FARM