# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

**RUEN BEANE and**
**WILLIAM BRITTON, her husband,**

CASE NO.: 3:20-cv-828

Plaintiff,

vs.

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY,**

Defendant.

_____/

## JOINT MOTION FOR ENTRY OF ORDER DISMISSING CASE WITH PREJUDICE

Plaintiffs, **RUEN BEANE and WILLIAM BRITTON**, and Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, file this Joint Motion for Entry of an Order Dismissing the Case with Prejudice and would show that the Parties have amicably settled their differences.

| | |
|---|---|
| **JOSHUA A. WHITMAN, ESQ.**<br>Fla. Bar No.: 399264<br>**A.J. HERNANDEZ, ESQ.**<br>Fla. Bar No.: 1020711<br>Milton, Leach, Whitman, D'Andrea &<br>Eslinger, P.A.<br>3127 Atlantic Blvd.<br>Jacksonville, FL 32207<br>(904) 346-3800<br>Fax: (904) 346-3692<br>jwhitman@miltonleach.com<br>sschmidt@miltonleach.com<br>Attorney for Plaintiff<br>Dated October 29, 2020 | **THOMAS "KEVIN" KNIGHT**<br>Fla Bar No: 318892<br>KKNIGHT@DSKLAWGROUP.COM<br>elamb@dsklawgroup.com<br>**PETER S. GARCIA**<br>Fla Bar No: 55852<br>PSGPLEADINGS@DSKLAWGROUP.COM<br>de Beaubien, Simmons, Knight,<br>Mantzaris & Neal, LLP<br>332 N. Magnolia Ave.<br>Orlando, FL 32801<br>Direct: (407) 992-3539 Asst: (407) 992-3555<br>Main: (407) 422-2454 Fax: (407) 422-0970<br>Attorneys for Defendant<br>Dated October 29, 2020 |